UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Tre Montez Tyson,<br><br>        Defendant. | Case: 4:25-cr-20849<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis<br>Filed: 11-12-2025<br>SEALED MATTER (krc)<br><br>18 U.S.C. § 924(c)(1)(A)<br>21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 922(g)(1) |

_____/

## **INDICTMENT**

THE GRAND JURY CHARGES:

## **COUNT ONE**
### **Possession of a Firearm in Furtherance of a Drug Trafficking Crime**
### **18 U.S.C. § 924(c)(1)(A)**

1.      On or about June 12, 2025, in the Eastern District of Michigan, Tre Tyson knowingly possessed a firearm, that is, a Ruger, LC carbine, 5.7x28mm caliber rifle, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl as alleged in Count Two of this Indictment, and possession with intent to distribute ortho methylfentanyl as alleged in Count Three of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

1

## COUNT TWO
### Possession with Intent to Distribute Fentanyl
### 21 U.S.C. § 841(a)(1)

2.     On or about June 12, 2025, in the Eastern District of Michigan, Tre Tyson knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
### Possession with Intent to Distribute Ortho Methylfentanyl
### 21 U.S.C. § 841(a)(1)

3.     On or about June 12, 2025, in the Eastern District of Michigan, Tre Tyson knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of ortho methylfentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
### Felon in Possession of a Firearm
### 18 U.S.C. § 922(g)(1)

4.     On or about June 12, 2025, in the Eastern District of Michigan, Tre Tyson, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Ruger, LC carbine, 5.7x28mm caliber rifle, in violation of Title 18, United States Code, Section 922(g)(l).

2

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461
### 21 U.S.C. § 853

5.     The allegations contained in Counts One Two, Three, and Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, 21 U.S.C. § 853.

6.     As a result of violating Title 21, United States Code, as set forth in this Indictment, Defendant shall forfeit to the United States: (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations; and (b) any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, pursuant to Title 21 United States Code, Section 853(a).

7.     Upon conviction of the offense charged in Count One and Four of this Indictment, Defendant, Tre Tyson, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm or ammunition involved in said offense including but not limited to: a Ruger, LC carbine, 5.7x28mm caliber rifle, s/n: 930-06071, and ammunition.

8.     Substitute Assets:  If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

   a.  Cannot be located upon the exercise of due diligence;

3

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL
s/GRANDY JURY FOREPERSON
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/ANTHONY VANCE
ANTHONY VANCE
Chief, Branch Offices

s/BLAINE LONGSWORTH
BLAINE LONGSWORTH
Assistant United States Attorney

Dated: November 12, 2025

4

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

This may be a companion case based on **LCrR 57.10(b)(4)**[1]:

☐Yes ☑No

Case: 4:25-cr-20849
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 11-12-2025
SEALED MATTER (krc)

**Case Title:**     USA v.  Tre Montez Tyson

**County where offense occurred:**     Genesee

**Offense Type:**     Felony

Indictment -- based upon prior complaint

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

## Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

November 12, 2025
Date

s/Blaine Longsworth

Blaine Longsworth
Assistant United States Attorney
600 Church Street
Flint, MI 48502
blaine.longsworth@usdoj.gov
(810) 766-5177
Bar #: P55984

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.